25-4763 Paul Cherry et al. v. Washington Department of Fish & Wildlife 25-4763
judges: SMITH, TUNG, Hinderaker